Eric Green
Remove Your Media LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093 USA
June 17, 2025

Cloudflare Inc.

DMCA Takedown Notice – Unauthorized Use of Copyrighted Webtoons

To Whom It May Concern,

I am the authorized representative of Remove Your Media LLC, which acts an agent to various copyright owners for purposes of IP rights enforcement. I declare under penalty of perjury, that the information in this notice is accurate and that I am authorized to act on behalf of the owners of the copyright rights that are being infringed.

Owner Information:
Naver Webtoon
6, Buljeong-ro
Bundang-gu
Seongnam-si Gyeonggi-do  13561
Republic of Korea
https://www.webtoons.com/

Illegal Domains:
1manga.co
anime-planet.com
aquamanga.org
asuracomic.net
asurascanslation.com
azoramoon.com
batchmanga.com
batocomic.com
blossommanga.com
cn.webmota.com
coffeemanga.io
cosmic345.co
demonicscans.org
doracomics.com
emperor-manga.com
en-thunderscans.com
enryucomics.com
fcmanga.com
flamecomics.xyz
god-manga.com
greentoon.net
haremscann.es
harimanga.com

```
hippomanga.com
hivetoon.com
hubtoon.com
hydrascans.com
infinityscans.org
kiryuu.id
kiryuu01.com
klikmanga.id
komikcast02.com
komikindo.info
komikindo.lol
komikindo2.com
komiklab.id
kumomanga.net
kunmanga.com
lectormanga.io
leer-manga.com
lekmanga.net
likemanga.in
likemanga.io
luacomic.com
manga-leko.org
manga18.me
manga18fx.com
mangabtt.com
mangacastilla.com
mangaclash.com
mangadass.com
mangaeffect.com
mangafire.to
mangaflame.org
mangagg.com
mangagojo.com
mangahasu.se
mangahihi.com
mangahood.com
mangahub.io
mangakiss.org
mangaku.best
mangaoi.net
mangapanda.in
mangapill.com
mangaraw.org
mangareader.to
mangataro.net
mangaus.org
manhuabuddy.com
manhuamanhwa.com
manhuaplus.me
manhuaplus.org
```

```
manhuaread.com
manhuato.com
manhuaus.org
manhwa18.cc
manhwabang.org
manhwabtt.cc
manhwaclan.com
manhwato.com
manhwaus.net
miku-manga.com
murim-manga.com
mythicscans.com
mythicscans.net
nanomachine-manga.com
nanomachinenow.com
natsu.id
nettruyenqqviet.com
newtoki.live
newtoki468.com
niadd.com
nightsup.net
ninemanga.com
olympustaff.com
one-manga.com
paragonscans.com
ped-manga.com
popsmanga.com
raw.senmanga.com
readcomicmanga.com
readmanga18.com
readpark.net
reset-scans.co
rizzfables.com
romantikmanga.com
rose-manga.com
s2manga.com
scyllacomics.xyz
shibamanga.com
sirenkomik.my.id
spy-manga.com
sso.mangatown.com
swatscans.com
t1.xtoon2.com
tecnoprojects.com
templetoons.com
tkor05.com
toomtam-manga.com
toonclash.com
toongod.cc
toonily.me
```

utoon.net
vortexscans.org
webtoonhatti.me
webtoonscan.com
westmanga.me
ww11.nanomachine-manga.com
xasu.net
xenon-manga.com
xn--h10b90bbmq49b63sq4e.com
xtoon1.com
yaoiscan.com
zbato.org
zinmangax.com
zonamiau.com
zonatmo.com

Below is a list of copyrighted works being infringed upon:
A Demon's Wish
Eleceed
Emperor of Solo Play
Enrolling in the
Transcendent Academy
High School Queen
I'm the Queen in This Life
Iseop's Romance
It's Just Business
Jungle Juice
Lookism
Love in Session
Manager Kim
Monster Duke's Daughter
Mr. Baek
My Very Own Tower
My Villainous Family Won't Let Me Be
Mythic Item Obtained
Nano Machine
Nebula's Civilization
Not Your Typical
Reincarnation Story
Omniscient Reader
On the way to meet mom
Selfish Romance
Serena
Supremely Talented Player
Teenage Mercenary
The Ki Sisters
The Mafia Nanny
The Reborn Young Lord is an Assassin
The Remarried Empress
The Secret Bedroom of the Abandoned Princess

The Sound of Your Heart
The Stellar Swordmaster
Time-Limited Genius Dark Knight
Tower of God
Trauma Center: Golden Hour (The Trauma Code)
Wind Breaker
You Can't Kill Me: The Secret Bride of the Black Wolf
Your Throne
강남의 기사
남주의 입양딸이 되었습니다
한번 더 해요
회귀 닥터는 조용히 살고 싶었다

The infringing content is available at the following links:
https://newtoki468.com/webtoon/415423/%EC%9E%AC%ED%98%BC-%ED%99%A9%ED%9B%84?toon=%EC%9D%BC%EB%B0%98%EC%9B%B9%ED%88%B0
https://azoramoon.com/series/nano-machine-s/
https://azoramoon.com/series/nano-machine-s/
https://mangahub.io/manga/eleceed
https://mangahasu.me/eleceed-ooraNLZyBNZZ-p33123.html
https://ninemanga.com/manga/Lookism.html
https://www.niadd.com/original/10048909.html
https://komikcast02.com/komik/eleceed/
https://kiryuu01.com/manga/eleceed/
https://rspro.xyz/manga/trauma-center-surgeon-baek-kang-hyeok/
https://swatscans.com/manga/star-embracing-swordmaster
https://flamecomics.xyz/series/2
https://hivecomic.com/series/lookism
https://kunmanga.com/manga/eleceed/
https://olympustaff.com/series/ECD
https://harimanga.me/manga/eleceed/
https://scyllacomics.xyz/manga/i-became-the-male-leads-adopted-daughter
https://enryucomics.com/manga/eleceed/
https://s2manga.com/manga/monster-dukes-daughter/
https://manhwaclan.com/manga/eleceed/
https://cosmic345.co/manga/lookism/
https://luacomic.com/manga/omniscient-readers-viewpoint/
https://zonamiau.com/manga/en-esta-vida-yo-sere-la-reina/
https://www.anime-planet.com/manga/nano-machine
https://mangagg.com/comic/lee-seob-s-love/
https://haremscann.es/manga/deseo-del-chamuco/
https://zonatmo.com/library/manhwa/87945/caminoaveramimadre
https://rizzfables.com/series/r2311170-transcension-academy
https://likemanga.in/manga/lookism-manhwa/
https://templetoons.com/comic/i-thought-its-a-common-possession
https://nightsup.net/series/4190634673-eleceed/
https://infinityscans.org/comic/50/eleceed/imoeiq4i4d88rnoe46s7n9loim
https://vortexscans.org/series/wind-breaker-sy16bdzj
https://demonicscans.org/novel/Omniscient-Reader%2527s-Viewpoint

```
https://en-thunderscans.com/comics/the-king-of-soloplay/
https://t1.xtoon2.com/comic/839592
https://utoon.net/manga/golden-hour/
https://mangaraw.org/eleceed
https://raw.senmanga.com/wind-breaker
https://god-manga.com/series/eleceed/
https://mangadass.com/manga/eleceed-ac
https://toomtam-manga.com/manga/eleceed/
https://murim-manga.com/manga/star-embracing-swordmaster/
https://klikmanga.com/manga/eleceed/
https://mangareader.to/eleceed-56270
https://manhwabtt.cc/manga/lookism-2495
https://kiryuu01.com/manga/eleceed/
https://toonclash.com/manga/eleceed/
https://rose-manga.com/?s=eleceed
https://ped-manga.com/manga/omniscient-reader/
https://mangasusuku.com/komik/mercenary-enrollment/
https://toonily.me/do-it-one-more-time
https://www.mangapanda.in/manga/eleceed-official
https://popsmanga.com/manga/star-embracing-swordmaster/
https://spy-manga.com/manga/star-embracing-swordmaster/
https://ww11.nanomachine-manga.com
https://mangakiss.org/manga/thoughtitwasjustanordinarytimetravel/
https://manga18.me/manga/manager-kim
https://yaoiscan.com/read/lookism/
https://webtoonhatti.me/webtoon/lookism/
https://manhuamanhwa.com/manga/the-secret-bedroom-of-a-dejected-royal-daughter/
https://westmanga.me/manga/the-villainous-family-is-against-independence/
https://cn.webmota.com/comic/xinlingdeshengyin-zhaoshizhaoshi
https://manga18fx.com/manga/the-regressed-son-of-a-duke-is-an-assassin
https://webtoonscan.com/manhwa/terminally-ill-genius-dark-knight/
https://coffeemanga.io/manga/i-want-to-be-you-just-for-a-day/
https://mangapill.com/manga/8579/it-s-just-business
https://mangafire.to/manga/insanely-talented-playerr.k38qr
https://hippomanga.com/manga/mercenary-enrollment/
https://kumomanga.net/manga/nano-machine/
https://1manga.co/manga/mercenary-enrollment
https://www.mangaread.org/manga/mercenary-enrollment/
https://xenon-manga.com/manga/eleceed/
https://fcmanga.com/manga/mercenary-enrollment/
https://miku-manga.com/manga/omniscient-reader/
https://mangahihi.com/manga/my-exclusive-tower-guide
https://manhwa18.cc/webtoon/the-regressed-son-of-a-duke-is-an-assassin
https://sirenkomik.my.id/manga/dokter-yang-regresi-hanya-ingin-hidup-tenang/
https://natsu.id/manga/the-nebulas-civilization/
https://greentoon.net/webtoon/episode/14632
https://w2.nanomachinenow.com/
```

```
https://batocomic.com/series/174330/ki-sisters-manusiapemalas
https://shibamanga.com/manga/the-mafia-nanny/
https://zbato.org/series/173169/the-ki-sisters-ciairiyn
https://readcomicmanga.com/manga/6005/jungle-juice
https://likemanga.in/manga/when-the-black-wolf-calls-me/
https://sso.mangatown.com/manga/tower_of_god/
https://toongod.cc/webtoon/star-embracing-swordmaster/
https://webtoonhatti.me/webtoon/lise-kralicesi/
https://aquareader.net/manga/star-embracing-swordmaster/
https://paragonscans.com/mangax/baek-xx/
https://xn--h10b90bbmq49b63sq4e.com/book/685
https://mangaoi.net/read-manga/eleceed
https://zinmangax.com/manga/eleceed
https://one-manga.com/manga/manga/star-embracing-swordmaster/
https://leer-manga.com/manga/electricidad-veloz
https://manhuaplus.org/manga/the-stellar-swordmaster
https://manhwato.com/manhwa/star-embracing-swordmaster
https://lekmanga.net/manga/star-embracing-swordmaster/
https://manga-leko.org/manhwa/star-embracing-swordmaster/
https://manhwaus.net/webtoon/omniscient-readers-viewpoint/
https://manhwabang.org/webtoon/eps_list?id=3500
https://manhuabuddy.com/manhwa/omniscient-readers-viewpoint
https://tecnoprojects.xyz/manga/los-caballeros-de-gangnam
https://t1.xtoon2.com/comic/839918
https://readpark.net/title/87295-en-eleceed
https://toonclash.com/manga/eleceed/
https://manhuaus.org/manga/star-embracing-swordmaster/
https://sweetmanhwa.online/manga/11262024-the-selfish-romance/
https://mangahood.com/manga/the-mafia-nanny/
https://manhuaread.com/manhua/eleceed/
https://mangagojo.com/manga/eleceed-1/
https://batchmanga.com/lecet/
https://manhwabtt.cc/manga/star-embracing-swordmaster-67586
https://newtoki.live/webtoon/3405?toon=%EC%9D%BC%EB%B0%98%EC%9B%B9%ED%88%B0&stx=%EC%84%B8%EB%A0%88%EB%82%98&sop=and
https://manhuaplus.me/manhua/mercenary-enrollment/
https://mangaku.best/manga/eleceed/
https://emperor-manga.com/manga/nano-machine-%e0%b8%99%e0%b8%b2%e0%b9%82%e0%b8%99%e0%b8%a1%e0%b8%b2%e0%b8%8a%e0%b8%b4%e0%b8%99-%e0%b9%81%e0%b8%9b%e0%b8%a5%e0%b9%84%e0%b8%97%e0%b8%a2/
https://komikindo4.com/komik/134596-mercenary-enrollment/
https://xasu.net/manga/eleceed/
https://mangacastilla.com/manga/punto-de-vista-del-lector-omnisciente/
https://komikindo4.com/komik/918878-nano-machine/
https://doracomics.com/manga/eleceed/
https://manhuato.com/read-hentai/eleceed
https://hydrascans.com/manga/eleceed/
https://hubtoon.com/manga/the-stellar-swordmaster/
https://komiklab.id/manga/wind-breaker
```

```
https://manhwaunlock.com/manga/lee-seobs-love/
https://asurascanslation.com/manga/eleceed/
https://blossommanga.com/manga/eleceed-eng
https://readmanga18.com/manga/manager-kim/
https://tkor021.com/%EC%A0%84%EC%A7%80%EC%A0%81-%EB%8F%85%EC%9E%90-%EC%8B%9C%EC%A0%90
https://mangataro.net/read/manager-kim/ch190-363740
https://ww11.nanomachine-manga.com/
https://manhwaunlock.com/manga/lee-seobs-love/
https://mangaus.org/manga/mercenary-enrollment/
https://lectormanga.io/online/eleceed
https://nettruyenqqviet.com/truyen-tranh/eleceed-hoa-than-thanh-meo-s17740-17740
```

I request that you act expeditiously to remove or disable access to the material identified above. I have a good faith belief that the use of the material in the manner complained of is not authorized by the respective copyright owner, its agent, or the law.

/S/ Eric Green