AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| In re: Cloudflare, Inc. | ) | |
|---|---|---|
| | ) | Misc Action No. 3:25-mc-00037 |
| | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Justin Paine, Cloudflare Legal Dept.
101 Townsend Street
San Francisco, CA 94107

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Identifying information, including name, e-mail address, physical address, billing information and any other relevant contact information for the alleged infringer(s) who control the sites at the domains listed in Exhibit A, or control the domains themselves.

| Place: Stone & Vaughan, PLLC via e-mail to dmca@stonevaughanlaw.com or fax to 310-756-1201 | Date and Time: On or before 08/05/2025 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/14/2025

*CLERK OF COURT*

s/K. Bacheller                                                                 OR _____
*Signature of Clerk or Deputy Clerk*                                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* WEBTOON Entertainment Inc. _____, who issues or requests this subpoena, are:

Evan Stone, 2370 E. Stadium Blvd, #175, Ann Arbor, MI 48104, dmca@stonevaughanlaw.com, 469-248-5238

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Case 3:25-mc-00037-X   Document 2   Filed 07/14/25   Page 3 of 17   PageID 20

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit A

List of Domains Included in DMCA Notice

1manga.co
anime-planet.com
aquamanga.org
asuracomic.net
asurascanslation.com
azoramoon.com
batchmanga.com
batocomic.com
blossommanga.com
cn.webmota.com
coffeemanga.io
cosmic345.co
demonicscans.org
doracomics.com
emperor-manga.com
en-thunderscans.com
enryucomics.com
fcmanga.com
flamecomics.xyz
god-manga.com
greentoon.net
haremscann.es
harimanga.com
hippomanga.com
hivetoon.com
hubtoon.com
hydrascans.com
infinityscans.org
kiryuu.id
kiryuu01.com
klikmanga.id
komikcast02.com
komikindo.info
komikindo.lol
komikindo2.com
komiklab.id
kumomanga.net
kunmanga.com
lectormanga.io
leer-manga.com
lekmanga.net
likemanga.in
likemanga.io
luacomic.com

manga-leko.org
manga18.me
manga18fx.com
mangabtt.com
mangacastilla.com
mangaclash.com
mangadass.com
mangaeffect.com
mangafire.to
mangaflame.org
mangagg.com
mangagojo.com
mangahasu.se
mangahihi.com
mangahood.com
mangahub.io
mangakiss.org
mangaku.best
mangaoi.net
mangapanda.in
mangapill.com
mangaraw.org
mangareader.to
mangataro.net
mangaus.org
manhuabuddy.com
manhuamanhwa.com
manhuaplus.me
manhuaplus.org
manhuaread.com
manhuato.com
manhuaus.org
manhwa18.cc
manhwabang.org
manhwabtt.cc
manhwaclan.com
manhwato.com
manhwaus.net
miku-manga.com
murim-manga.com
mythicscans.com
mythicscans.net
nanomachine-manga.com
nanomachinenow.com

natsu.id
nettruyenqqviet.com
newtoki.live
newtoki468.com
niadd.com
nightsup.net
ninemanga.com
olympustaff.com
one-manga.com
paragonscans.com
ped-manga.com
popsmanga.com
raw.senmanga.com
readcomicmanga.com
readmanga18.com
readpark.net
reset-scans.co
rizzfables.com
romantikmanga.com
rose-manga.com
s2manga.com
scyllacomics.xyz
shibamanga.com
sirenkomik.my.id
spy-manga.com
sso.mangatown.com
swatscans.com
t1.xtoon2.com
tecnoprojects.com
templetoons.com
tkor05.com
toomtam-manga.com
toonclash.com
toongod.cc
toonily.me
utoon.net
vortexscans.org
webtoonhatti.me
webtoonscan.com
westmanga.me
ww11.nanomachine-manga.com
xasu.net
xenon-manga.com
xn--h10b90bbmq49b63sq4e.com

xtoon1.com
yaoiscan.com
zbato.org
zinmangax.com
zonamiau.com
zonatmo.com

Eric Green
Remove Your Media LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093 USA
June 17, 2025

Cloudflare Inc.

DMCA Takedown Notice – Unauthorized Use of Copyrighted Webtoons

To Whom It May Concern,

I am the authorized representative of Remove Your Media LLC, which acts an agent to various copyright owners for purposes of IP rights enforcement. I declare under penalty of perjury, that the information in this notice is accurate and that I am authorized to act on behalf of the owners of the copyright rights that are being infringed.

Owner Information:
Naver Webtoon
6, Buljeong-ro
Bundang-gu
Seongnam-si Gyeonggi-do   13561
Republic of Korea
https://www.webtoons.com/

Illegal Domains:
1manga.co
anime-planet.com
aquamanga.org
asuracomic.net
asurascanslation.com
azoramoon.com
batchmanga.com
batocomic.com
blossommanga.com
cn.webmota.com
coffeemanga.io
cosmic345.co
demonicscans.org
doracomics.com
emperor-manga.com
en-thunderscans.com
enryucomics.com
fcmanga.com
flamecomics.xyz
god-manga.com
greentoon.net
haremscann.es
harimanga.com

```
hippomanga.com
hivetoon.com
hubtoon.com
hydrascans.com
infinityscans.org
kiryuu.id
kiryuu01.com
klikmanga.id
komikcast02.com
komikindo.info
komikindo.lol
komikindo2.com
komiklab.id
kumomanga.net
kunmanga.com
lectormanga.io
leer-manga.com
lekmanga.net
likemanga.in
likemanga.io
luacomic.com
manga-leko.org
manga18.me
manga18fx.com
mangabtt.com
mangacastilla.com
mangaclash.com
mangadass.com
mangaeffect.com
mangafire.to
mangaflame.org
mangagg.com
mangagojo.com
mangahasu.se
mangahihi.com
mangahood.com
mangahub.io
mangakiss.org
mangaku.best
mangaoi.net
mangapanda.in
mangapill.com
mangaraw.org
mangareader.to
mangataro.net
mangaus.org
manhuabuddy.com
manhuamanhwa.com
manhuaplus.me
manhuaplus.org
```

```
manhuaread.com
manhuato.com
manhuaus.org
manhwa18.cc
manhwabang.org
manhwabtt.cc
manhwaclan.com
manhwato.com
manhwaus.net
miku-manga.com
murim-manga.com
mythicscans.com
mythicscans.net
nanomachine-manga.com
nanomachinenow.com
natsu.id
nettruyenqqviet.com
newtoki.live
newtoki468.com
niadd.com
nightsup.net
ninemanga.com
olympustaff.com
one-manga.com
paragonscans.com
ped-manga.com
popsmanga.com
raw.senmanga.com
readcomicmanga.com
readmanga18.com
readpark.net
reset-scans.co
rizzfables.com
romantikmanga.com
rose-manga.com
s2manga.com
scyllacomics.xyz
shibamanga.com
sirenkomik.my.id
spy-manga.com
sso.mangatown.com
swatscans.com
t1.xtoon2.com
tecnoprojects.com
templetoons.com
tkor05.com
toomtam-manga.com
toonclash.com
toongod.cc
toonily.me
```

utoon.net
vortexscans.org
webtoonhatti.me
webtoonscan.com
westmanga.me
ww11.nanomachine-manga.com
xasu.net
xenon-manga.com
xn--h10b90bbmq49b63sq4e.com
xtoon1.com
yaoiscan.com
zbato.org
zinmangax.com
zonamiau.com
zonatmo.com

Below is a list of copyrighted works being infringed upon:
A Demon's Wish
Eleceed
Emperor of Solo Play
Enrolling in the
Transcendent Academy
High School Queen
I'm the Queen in This Life
Iseop's Romance
It's Just Business
Jungle Juice
Lookism
Love in Session
Manager Kim
Monster Duke's Daughter
Mr. Baek
My Very Own Tower
My Villainous Family Won't Let Me Be
Mythic Item Obtained
Nano Machine
Nebula's Civilization
Not Your Typical
Reincarnation Story
Omniscient Reader
On the way to meet mom
Selfish Romance
Serena
Supremely Talented Player
Teenage Mercenary
The Ki Sisters
The Mafia Nanny
The Reborn Young Lord is an Assassin
The Remarried Empress
The Secret Bedroom of the Abandoned Princess

The Sound of Your Heart
The Stellar Swordmaster
Time-Limited Genius Dark Knight
Tower of God
Trauma Center: Golden Hour (The Trauma Code)
Wind Breaker
You Can't Kill Me: The Secret Bride of the Black Wolf
Your Throne
강남의 기사
남주의 입양딸이 되었습니다
한번 더 해요
회귀 닥터는 조용히 살고 싶었다

The infringing content is available at the following links:
https://newtoki468.com/webtoon/415423/%EC%9E%AC%ED%98%BC-%ED%99%A9%ED%9B%84?toon=%EC%9D%BC%EB%B0%98%EC%9B%B9%ED%88%B0
https://azoramoon.com/series/nano-machine-s/
https://azoramoon.com/series/nano-machine-s/
https://mangahub.io/manga/eleceed
https://mangahasu.me/eleceed-ooraNLZyBNZZ-p33123.html
https://ninemanga.com/manga/Lookism.html
https://www.niadd.com/original/10048909.html
https://komikcast02.com/komik/eleceed/
https://kiryuu01.com/manga/eleceed/
https://rspro.xyz/manga/trauma-center-surgeon-baek-kang-hyeok/
https://swatscans.com/manga/star-embracing-swordmaster
https://flamecomics.xyz/series/2
https://hivecomic.com/series/lookism
https://kunmanga.com/manga/eleceed/
https://olympustaff.com/series/ECD
https://harimanga.me/manga/eleceed/
https://scyllacomics.xyz/manga/i-became-the-male-leads-adopted-daughter
https://enryucomics.com/manga/eleceed/
https://s2manga.com/manga/monster-dukes-daughter/
https://manhwaclan.com/manga/eleceed/
https://cosmic345.co/manga/lookism/
https://luacomic.com/manga/omniscient-readers-viewpoint/
https://zonamiau.com/manga/en-esta-vida-yo-sere-la-reina/
https://www.anime-planet.com/manga/nano-machine
https://mangagg.com/comic/lee-seob-s-love/
https://haremscann.es/manga/deseo-del-chamuco/
https://zonatmo.com/library/manhwa/87945/caminoaveramimadre
https://rizzfables.com/series/r2311170-transcension-academy
https://likemanga.in/manga/lookism-manhwa/
https://templetoons.com/comic/i-thought-its-a-common-possession
https://nightsup.net/series/4190634673-eleceed/
https://infinityscans.org/comic/50/eleceed/imoeiq4i4d88rnoe46s7n9loim
https://vortexscans.org/series/wind-breaker-sy16bdzj
https://demonicscans.org/novel/Omniscient-Reader%2527s-Viewpoint

```
https://en-thunderscans.com/comics/the-king-of-soloplay/
https://t1.xtoon2.com/comic/839592
https://utoon.net/manga/golden-hour/
https://mangaraw.org/eleceed
https://raw.senmanga.com/wind-breaker
https://god-manga.com/series/eleceed/
https://mangadass.com/manga/eleceed-ac
https://toomtam-manga.com/manga/eleceed/
https://murim-manga.com/manga/star-embracing-swordmaster/
https://klikmanga.com/manga/eleceed/
https://mangareader.to/eleceed-56270
https://manhwabtt.cc/manga/lookism-2495
https://kiryuu01.com/manga/eleceed/
https://toonclash.com/manga/eleceed/
https://rose-manga.com/?s=eleceed
https://ped-manga.com/manga/omniscient-reader/
https://mangasusuku.com/komik/mercenary-enrollment/
https://toonily.me/do-it-one-more-time
https://www.mangapanda.in/manga/eleceed-official
https://popsmanga.com/manga/star-embracing-swordmaster/
https://spy-manga.com/manga/star-embracing-swordmaster/
https://ww11.nanomachine-manga.com
https://mangakiss.org/manga/thoughtitwasjustanordinarytimetravel/
https://manga18.me/manga/manager-kim
https://yaoiscan.com/read/lookism/
https://webtoonhatti.me/webtoon/lookism/
https://manhuamanhwa.com/manga/the-secret-bedroom-of-a-dejected-royal-daughter/
https://westmanga.me/manga/the-villainous-family-is-against-independence/
https://cn.webmota.com/comic/xinlingdeshengyin-zhaoshizhaoshi
https://manga18fx.com/manga/the-regressed-son-of-a-duke-is-an-assassin
https://webtoonscan.com/manhwa/terminally-ill-genius-dark-knight/
https://coffeemanga.io/manga/i-want-to-be-you-just-for-a-day/
https://mangapill.com/manga/8579/it-s-just-business
https://mangafire.to/manga/insanely-talented-playerr.k38qr
https://hippomanga.com/manga/mercenary-enrollment/
https://kumomanga.net/manga/nano-machine/
https://1manga.co/manga/mercenary-enrollment
https://www.mangaread.org/manga/mercenary-enrollment/
https://xenon-manga.com/manga/eleceed/
https://fcmanga.com/manga/mercenary-enrollment/
https://miku-manga.com/manga/omniscient-reader/
https://mangahihi.com/manga/my-exclusive-tower-guide
https://manhwa18.cc/webtoon/the-regressed-son-of-a-duke-is-an-assassin
https://sirenkomik.my.id/manga/dokter-yang-regresi-hanya-ingin-hidup-tenang/
https://natsu.id/manga/the-nebulas-civilization/
https://greentoon.net/webtoon/episode/14632
https://w2.nanomachinenow.com/
```

```
https://batocomic.com/series/174330/ki-sisters-manusiapemalas
https://shibamanga.com/manga/the-mafia-nanny/
https://zbato.org/series/173169/the-ki-sisters-ciairiyn
https://readcomicmanga.com/manga/6005/jungle-juice
https://likemanga.in/manga/when-the-black-wolf-calls-me/
https://sso.mangatown.com/manga/tower_of_god/
https://toongod.cc/webtoon/star-embracing-swordmaster/
https://webtoonhatti.me/webtoon/lise-kralicesi/
https://aquareader.net/manga/star-embracing-swordmaster/
https://paragonscans.com/mangax/baek-xx/
https://xn--h10b90bbmq49b63sq4e.com/book/685
https://mangaoi.net/read-manga/eleceed
https://zinmangax.com/manga/eleceed
https://one-manga.com/manga/manga/star-embracing-swordmaster/
https://leer-manga.com/manga/electricidad-veloz
https://manhuaplus.org/manga/the-stellar-swordmaster
https://manhwato.com/manhwa/star-embracing-swordmaster
https://lekmanga.net/manga/star-embracing-swordmaster/
https://manga-leko.org/manhwa/star-embracing-swordmaster/
https://manhwaus.net/webtoon/omniscient-readers-viewpoint/
https://manhwabang.org/webtoon/eps_list?id=3500
https://manhuabuddy.com/manhwa/omniscient-readers-viewpoint
https://tecnoprojects.xyz/manga/los-caballeros-de-gangnam
https://t1.xtoon2.com/comic/839918
https://readpark.net/title/87295-en-eleceed
https://toonclash.com/manga/eleceed/
https://manhuaus.org/manga/star-embracing-swordmaster/
https://sweetmanhwa.online/manga/11262024-the-selfish-romance/
https://mangahood.com/manga/the-mafia-nanny/
https://manhuaread.com/manhua/eleceed/
https://mangagojo.com/manga/eleceed-1/
https://batchmanga.com/lecet/
https://manhwabtt.cc/manga/star-embracing-swordmaster-67586
https://newtoki.live/webtoon/3405?toon=%EC%9D%BC%EB%B0%98%EC%9B%B9%ED%88%B0&stx=%EC%84%B8%EB%A0%88%EB%82%98&sop=and
https://manhuaplus.me/manhua/mercenary-enrollment/
https://mangaku.best/manga/eleceed/
https://emperor-manga.com/manga/nano-machine-%e0%b8%99%e0%b8%b2%e0%b9%82%e0%b8%99%e0%b8%a1%e0%b8%b2%e0%b8%8a%e0%b8%b4%e0%b8%99-%e0%b9%81%e0%b8%9b%e0%b8%a5%e0%b9%84%e0%b8%97%e0%b8%a2/
https://komikindo4.com/komik/134596-mercenary-enrollment/
https://xasu.net/manga/eleceed/
https://mangacastilla.com/manga/punto-de-vista-del-lector-omnisciente/
https://komikindo4.com/komik/918878-nano-machine/
https://doracomics.com/manga/eleceed/
https://manhuato.com/read-hentai/eleceed
https://hydrascans.com/manga/eleceed/
https://hubtoon.com/manga/the-stellar-swordmaster/
https://komiklab.id/manga/wind-breaker
```

```
https://manhwaunlock.com/manga/lee-seobs-love/
https://asurascanslation.com/manga/eleceed/
https://blossommanga.com/manga/eleceed-eng
https://readmanga18.com/manga/manager-kim/
https://tkor021.com/%EC%A0%84%EC%A7%80%EC%A0%81-%EB%8F%85%EC%9E%90-
%EC%8B%9C%EC%A0%90
https://mangataro.net/read/manager-kim/ch190-363740
https://ww11.nanomachine-manga.com/
https://manhwaunlock.com/manga/lee-seobs-love/
https://mangaus.org/manga/mercenary-enrollment/
https://lectormanga.io/online/eleceed
https://nettruyenqqviet.com/truyen-tranh/eleceed-hoa-than-thanh-meo-
s17740-17740
```

I request that you act expeditiously to remove or disable access to the material identified above. I have a good faith belief that the use of the material in the manner complained of is not authorized by the respective copyright owner, its agent, or the law.

/S/ Eric Green

## DECLARATION PURSUANT TO 17 U.S.C. § 512(h)

I, E. F. Stone, the undersigned, declare that:

1. I am an attorney representing Remove Your Media, LLC, as agent of WEBTOON Entertainment Inc., and its affiliates, ("WEBTOON") and I am authorized to act on WEBTOON's behalf for matters involving the infringement of copyrighted works published on its platforms. This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

2. The purpose of the accompanying subpoena is to obtain the identity of the alleged copyright infringer(s) in control of the internet domain(s)/website(s) listed in the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to my client under Title 17 of the United States Code.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Pontiac, Michigan, on Thursday, June 19, 2025.

*E. F. Stone*
Evan Stone, Esq.
Texas Bar No. 24072371
Stone & Vaughan, PLLC
2370 E. Stadium Blvd., #175
Ann Arbor, MI  48104
Office: 469-248-5238
Fax: 310-756-1201
E-mail: evan@stonevaughanlaw.com