**STONE & VAUGHAN, PLLC**
2370 E. Stadium Blvd., #175 ~ Ann Arbor, MI  48104
info@stonevaughanlaw.com ~ 469-248-5238

August 18, 2025

ATTN: Clerk
U.S. District Court for the Northern District of Texas
1100 Commerce St. #1452
Dallas, TX 75242

Re:  *Request to reissue subpoena for a later date – 3:25-mc-00037*

The subpoena issued in this case did not reach the intended recipient before the deadline stated on the subpoena. Movant therefore requests that the Court please reissue the revised subpoena, attached herein.

Thank you.


Regards,

*E. F. Stone*

Evan Stone, Esq.
Stone & Vaughan, PLLC
2370 E. Stadium Blvd., #175
Ann Arbor, MI  48104
Office:  469-248-5238
Fax:  310-756-1201
E-mail: evan@stonevaughanlaw.com